

**Sioux Valley Health Plan**
P. O. Box 91110
Sioux Falls, SD 57109-1110
1-605-328-6868    1-877-305-5463

CHAD A NOVAK
5101 S MAC ARTHUR LANE #303
SIOUX FALLS, SD 57108

| | |
|---|---|
| Invoice Number | 336074 |
| Invoice Date | 11/20/03 |
| Payment Due Date | 12/1/03 |
| Bill Period | Dec-03 |
| Previous Balance: | $0.00 |
| Amount Paid: | $0.00 |
| Adjustments: | $0.00 |
| Premium: | $615.06 |
| **Amount Due:** | **$615.06** |

Customer ID:  100245491   Employer Group: 000115001C

| Subscriber ID | Subscriber Name | Coverage Eff | Type | Size | From | Thru | Monthly Rate | Tot Prem |
|---|---|---|---|---|---|---|---|---|
| 100245491 | NOVAK,CHAD A | 10/1/03 | E | 1 | 10/1/03 | 10/31/03 | $205.02 | $205.02 |
| 100245491 | NOVAK,CHAD A | 10/1/03 | E | 1 | 11/1/03 | 11/30/03 | $205.02 | $205.02 |
| 100245491 | NOVAK,CHAD A | 10/1/03 | E | 1 | 12/1/03 | 12/31/03 | $205.02 | $205.02 |
| Invoice Total | | Total Sub / Mbrs | | 1 / 1 | | | Total Premiums: | $615.06 |