# EXHIBIT 2

**MEDICAL X-RAY CENTER, PC.**
1417 S MINNESOTA AVE
SIOUX FALLS SD 57105-1715

1 - 4160

ADDRESS SERVICE REQUESTED

**IF PAYING BY CREDIT CARD PLEASE FILL OUT BELOW.**

| ☐ MASTERCARD | ☐ VISA | ☐ AMERICAN EXPRESS |
|---|---|---|
| CARD NUMBER | | AMOUNT |
| SIGNATURE | | EXP. DATE |

| STATEMENT DATE | ACCT.# | PAY THIS AMOUNT |
|---|---|---|
| 04/21/04 | 00102-2141296 | 464.75 |

CHAD NOVAK
5101 S MCARTHUR LN
SIOUX FALLS SD 57108

PAGE 1

SHOW AMOUNT PAID HERE $

**REMIT TO:**

**MEDICAL X-RAY CENTER, PC.**
1417 S MINNESOTA AVE
SIOUX FALLS SD 57105-1715

☐ Check box if address is incorrect or insurance information has changed. Please indicate changes on reverse side.

RETAIN THIS PORTION OF STATEMENT FOR YOUR TAX RECORDS

DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT

| ACCOUNT NO. | STATEMENT DATE | PATIENT | DATE OF BIRTH | SOCIAL SECURITY NO. |
|---|---|---|---|---|
| 00102-2141296 | 04/21/04 | CHAD NOVAK | | |

| DATE | DESCRIPTION | EXAM | DX CODE | CHARGES | PAYMENTS | ADJUST'S | BALANCE |
|---|---|---|---|---|---|---|---|
| 10/20/03 | SPINE SINGLE VI | 720203 | 26 724.2 | 27.00 | | | |
| 12/29/03 | Pmt-SIOUX VALLEY HEALTH PLAN | | | | -9.80 | | |
| 12/29/03 | Adj-PRIVATE INSURANCE ADJUSTME | | | | | -17.20 | |
| 02/09/04 | Pmt-SIOUX VALLEY HEALTH PLAN | | | | 9.80 | | |
| 02/09/04 | Adj-PRIVATE INSURANCE ADJUSTME | | | | | 17.20 | 27.00 |
| 10/20/03 | SPINE SINGLE VI | 720203 | 26 724.2 | 27.00 | | | |
| 12/29/03 | Pmt-SIOUX VALLEY HEALTH PLAN | | | | -9.80 | | |
| 12/29/03 | Adj-PRIVATE INSURANCE ADJUSTME | | | | | -17.20 | |
| 02/09/04 | Pmt-SIOUX VALLEY HEALTH PLAN | | | | 9.80 | | |
| 02/09/04 | Adj-PRIVATE INSURANCE ADJUSTME | | | | | 17.20 | 27.00 |
| 10/20/03 | SPINE SINGLE VI | 720203 | 26 724.2 | 27.00 | | | |
| 12/29/03 | Pmt-SIOUX VALLEY HEALTH PLAN | | | | -9.80 | | |
| 12/29/03 | Adj-PRIVATE INSURANCE ADJUSTME | | | | | -17.20 | |
| 02/09/04 | Pmt-SIOUX VALLEY HEALTH PLAN | | | | 9.80 | | |
| 02/09/04 | Adj-PRIVATE INSURANCE ADJUSTME | | | | | 17.20 | 27.00 |
| 04/07/04 | MRI L. SPINE, W | 072158 | 26 722.8 | 383.75 | | | 383.75 |

MEDICAL X-RAY CENTER, P.C.
1417 S MINNESOTA
SIOUX FALLS SD 57105

TAX ID:

FOR INQUIRIES,
CALL (605) 336-0517.   1-800-473-0271

| | CHARGES | PAYMENTS | ADJUST'S | BALANCE DUE |
|---|---|---|---|---|
| TOTALS | 464.75 | .00 | .00 | 464.75 |

EMPLOYER: SHOWPLACE WOOD PRODU
INSURANCE ID #:          GROUP #:
REFERRING PHYSICIAN: ALVINE, G
PLACE OF SERVICE: SIOUX VALLEY HOSPITAL

YOUR INSURANCE HAS BEEN BILLED AS A COURTESY.
YOU ARE STILL RESPONSIBLE FOR PAYMENT.

CLINIC STMNT 11/03